Case 3:16-cv-00629-TSL-JCG   Document 78-1   Filed 04/28/17   Page 1 of 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICTOF MISSISSIPPI
## NORTHERN DIVISION

KENNETH J. WASHINGTON                                   PLAINTIFF

VS.                              CIVIL ACTION NO.:3:16-cv-629-TSL-JCG

SHERIFF HAROLD JONES ET AL.                            DEFENDANT

## MOTION TO CORRECT AND AMEND COMPLAINT

Come now Kenneth j. Washington, by and through Pro Se, filed this

Motion to Correct and Amend 8th amendment complaint.

### Complaint

On the 17th day of June, 2013, Kenneth J. Washington was assaulted and

arrested under 97-35-7-15 disturbing the peace and confined in Copiah

County Detention Center without bond. On the 18th day of June, 2013

Monchelle Williams brought Kenneth J. Washington PTSD medication to

Copiah County Detention Center which was refused by the jailers which

Ms. Williams and Annette Washington called Sheriff Harold Jones asked

why Kenneth J. Washington could not have his prescription medication

the same day, which Sheriff Harold Jones stilled denied and disregard

the medical treatment of Washington. Monchelle Williams and Annette

Washington called Sheriff Harold Jones for several days until Kenneth

Washington medication was accepted by the jailers. After Washington

1.

Prescription medication was accepted and entrusted to jailers Ursula

Davis Kinzie who dispense the prescription medication in the morning

time for the jailers who distributed the prescription medicine assisted by

Inmates during feeding in the evening under the administration of Jail

Administrator Millerson Black and Sheriff Harold Jones. During my stay

At Copiah County Detention Center I received prescription medication

From jailers: Lashunda Bell, Katrice Williams, Nadine Sutton Joiner,

Dixon,Ursula Kinzie, Zeke, Bertha, which during my stay at CCDC these

Individual rotated or work in the place of a fellow employee. My

Medication entrusted to Ursula Kinzie was kept in a room in which trusty

Inmates also had access to for different supplies. In the beginning I

Received my medication as it was provided on the form which I had to

Initial indicating I received the medication but in the Month of July 2013,

My pain killer was missing but the form indicated that it was in the

Variety of pills that I received for PTSD and other illness. This incident

Was mention to jailer Kinzie and the prescription was refilled and again

By Monchelle Williams and brought back CCDC which the same thing

Occurred at the end of July and the beginning of August 2013 60 pills

Gone which I was only allowed to have only 1 a day whether I was in

Pain or not. After I complained about the pain I was having for several

Days the Sheriff had the prescription refilled again which it lasted a week

2.

Or two then the medication was missing again which the medical form

indicated it was there so I refused to signed which Jailer Katrice Williams

informed me that she could not give me the rest of my medicine unless I

Signed which she indicated to write on the side that it was not there

because the medication be fixed prior to her coming to work and she

would not know one from the other. The signing on side of the form

went on for a week or two which I complained again about the pain I was

in which jailer Ursula Kinzie told me that the Sheriff would not authorize

another refill of your pain killers because they were to high and the only

thing they would provide is Tylenol P.M. which I told Jailer Kinzie I

was allergic to Tylenol and the prescription was not refilled and I

Suffered in pain the rest of the Month of August and September until I

was bonded out.I had over a 120 pain killers which I had no access to

And one took one a day provided by the jailers which nether Sheriff

Harold Jones ,Jail Administrator Millerson Black or none of the jailers

Can account for my missing or stolen medication which the sheriff tried

To substitute with Tylenol P.M. which could have been fatal to my health

Which the Sheriff and his staff disregard my medical treatment after my

Meds were stolen in which they had a obligation to provide me with

Adequate medical treatment or care which they clearly denied me my

Right to be free from cruel and unusual provided by the 8th amendment.

3.

(2.) On the 17th day of June, 2013 I,Kenneth J. Washington was confined

without no bond in which I was placed in cell block 49 which the

condition was cruel and inhumane for housing inmates which black mold

filled the walls of the cell block were the inmates slept and the shower/

bathroom were even worse in which the black mold covered the sink,

toilet,shower and walls and grew each day from the moister it held when

and inmate took a shower because the shower nor the cell block had any

proper ventilation for fresh air for cell block or the shower to keep the

moister out which harmful bacteria infection like staph harbors these kind

of condition that could be fatal to inmates future health and safety.

Already confined in cruel and inhumane conditions at CCDC, about the

end of August or the beginning of September 2013 cell block 49 flooded

with feces and sewage water which myself and 8 or 9 inmates were move

to a lock down cell that held the capacity of 4 now now housed    9 or 10

inmates which we stayed for one day and moved back to cell block 49

were the zone was still flooding with feces and sewage water which jail

Administrator Millerson Black told the trusty to go get a squeegee,mop,

broom and mop bucket so that we could keep the cell block from flooding

Which the plumbers told jail Administrator Millerson Black that the

Flooding would not stop because the pipes had collapsed under ground

Beneath the jail and they would have to schedule a tanker truck to suck

4.

out the feces and sewage. I, Kenneth J. Washington and the other inmates

ate,slept and shower in these conditions for several days which we took

turns keeping the feces and sewage water down, which the Jail Admin.

Millerson Black had the knowledge that feces and sewage water wouldn't

stop flooding in which she disregarded the health and safety of myself an

the other inmates entrusted in their care to be housed in adequate and

suitable living conditions which it was denied by Millerson Black when

she housed myself and the other inmates in the punitive conditions of cell

block 49 with the personal knowledge of the black mold,corrosion and

flooding of feces and sewage water which she knew would not stop

because the pipes had collapsed beneath the jail which one side had no

proper plumbing at all which subject myself and other to cruel and

unusual punishment under the 8th amendment. Millerson Black is the

Jail Administrator and could have reported the punitive conditions of the

Jail, which Millerson Black Colluded with Sheriff Harold Jones to allow

inmates to be held and housed in cruel and inhumane conditions with the

risk of pervasive harm of bacteria infection that could be fatal to the

health and safety of myself and the other inmate entrusted in their care.

(3.) In the Month of September 2013, I Kenneth J. Washington was

released from Copiah County Detention Center which as I recall the

conditions of the jail was cruel and inhumane and unsuitable for housing

Inmates, which the jail was filled with black mold and corrosion in each

Cell block plus the pipes had collapsed beneath the Copiah County

Detention Center which one side of the jail had no working plumbing and

the sewage filled the ground under the jail because of the collapsing pipes

Which local plumbing company Pat and Jimmy plumbing service was

Called in between the end of August or the first of September for the jail

Flooding which could not be stop for several days which the line had to

Be vacuum out by a tanker truck. I got out about the second week of

September, 2013 and the broken pipes beneath the jail were still collapsed

Because the only way they could be fixed the concrete beneath the jail

Would have to busted open to determine the location of the collapsed

pipe or pipes and the black mold still harbored the cell blocks and

Showers of CCDC. In the Month of October 2013, Sheriff Harold

Jones and the Board of Supervisors had to tour the jail and report their

finding to the Grand Jury of Copiah County Circuit Court which each

party in their official capacity colluded that the Copiah County Detention

Center was suitable for housing inmates, which Sheriff Harold Jones and

The Board of Supervisors of Copiah County had the personal knowledge

That the pipes beneath the jail had collapsed which the Copiah County

Board of Supervisors had to authorized the payment for the work order

From Pat and Jimmy Plumbing service for the previous work order

6.

mention earlier in the complaint. In the local newspaper of Copiah

County in the Month of October , 2013 Foreperson for the Grand Jury

concurred the suitable conditions of CCDC which the jail still had the

collapsed pipes beneath the jail and the black mold, corrosion, bacteria

infections that still harbored the facility which it shows that the Board

Of Supervisor had the knowledge of the punitive conditions of the jail

which they also disregarded the health and safety of the inmates with the

Knowledge of the same that the conditions were inhumane.

## CLAIMS

These claims are made against Sheriff Harold Jones, jail admin. Millerson

Black and the Board of Supervisors of Copiah County In their Official

Capacity.

1.) Sheriff Harold Jones denied me adequate medical treatment or care

Causing me to suffer mental,emotional stress and pain which I endured

Whiled being denied my prescription medication which a clear denial

of due process which resulted into a violation of my 8th amendment rights

2.) Under the Administration of Sheriff Harold Jones and Jail Admin.

Millerson Black unlicense and uncertified individual were entrusted with

Prescription medication which was stored in a unsecured location in

Which trusty inmates also had access to as well which resulted in my

Medication being stolen which I had to endure my pain without the

Proper treatment which I suffered and after denying me refilled of my

7.

Medication the sheriff tried to substitute a pain killer with a Tylenol P.M.

which could have been fatal to my health and safety.

3.) Sheriff Harold Jones, Board Of Supervisors and Jail Administrator

Millerson Black knowingly and willingly allowed myself and other

inmates entrusted in their care to be housed in cruel and inhumane

conditions with the knowledge that the conditions were unsuitable and

punitive for housing inmates which ether party could have reported the

conditions of CCDC which exposed myself and others to the pervasive

risk of harm.

## RELIEF

I, Kenneth J. Washington, asked for injunction which Sheriff Harold

Jones should refrain from denying inmates in his care adequate medical

treatment or care (2.) refrain from not having prescription medication in

A secured location in which unlicense and uncertified individual does not

have access to in which medication can be stolen and to refrain from not

having a license or certified nurse at the facility for inmates who have

been arrested with mental illness and injuries during,after and prior to

arrest. Refrain from housing inmates in cruel and inhumane condition

And colluding to the suitability of a punitive conditions jail with the

Knowledge of the same of its pervasive conditions.

(3.) Monetary Damages in the sum of   8,000,000.00 a piece from the

named parties for my mental,emotional distress and my pain and

suffering and being housed in conditions that posed a pervasive risk of

harm to my future health and being denied adequate medical treatment

during my 90 days confined at Copiah County Detention Center

which I asked that named parties envisioned what I and others endured

Under their administration ,which resulted in this civil action.

This the 27ᵗʰ day of April, 2017

Respectfully Submitted

Kenneth J. Washington
Pro Se

573 Georgetown Street
Hazlehurst, Ms. 39083
Phone No. 601-988-7711

## CERTIFICATE

I, the undersigned Kenneth J. Washington, hereby certify that on this day,

I electronically filed the foregoing with the Clerk of the Court using the

ECF system, and I have mailed via the United States Postal Services a

Copy of the same to the following participant:

William R. Allen
214 Justice Street
P.O. Box 751
Brookhaven, Ms. 39602

Date: April 28, 2017

Respectfully Submitted
Kenneth J. Washington

10.