```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

KENNETH WASHINGTON                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:16CV629TSL-RHW

COPIAH COUNTY BOARD OF SUPERVISORS,
COPIAH COUNTY GRAND JURIES, SHERIFF
HAROLD JONES, UNDERSHERIFF  DERIK
CUBIT, DETECTIVE JOHN ROBERTS, DEPUTY
PERCY CALHOUN, NOTARY CECIL  HALLMAN,
JAIL ADMINISTRATOR MS. BLACK,
INVESTIGATOR SHARON KELLY, INVESTIGATOR
MILTON TWINNER, JUSTICE COURT PROSECUTOR
ELISE MUNN, JUSTICE COURT JUDGE VICKY B.
RAMSEY, JUSTICE COURT CLERK MONA LISA CARR,
DISTRICT ATTORNEY ALEXANDER MARTIN,
ADJOINING DEFENDANT(S) LESLIE BROWN,
ATTORNEY GENERAL JIM HOOD, HONORABLE HENRY
WINGATE, HONORABLE LINDA ANDERSON, CLERK
TONYA CARRUTH, COURT REPORTER BRENDA
WOLVERTON, AND ARTHUR JOHNSTON                                 DEFENDANTS

## JUDGMENT

Pursuant to the court's order entered this day as well as the court's memorandum opinion and orders entered on February 27, 2018, and November 10, 2016, it is hereby ORDERED AND ADJUDGED that plaintiff's complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 3rd day of April, 2018.

                                  /s/ Tom S. Lee
                                  UNITED STATES DISTRICT JUDGE